FILED
CLERK, U.S. DISTRICT COURT

MAR 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOSE R. GOMEZ, ) | No. CV 07-45-DDP (PLA) |
| Petitioner, ) | **JUDGMENT** |
| v. ) | |
| MARTIN VEAL, Warden, ) | |
| Respondent. ) | |

Pursuant to the order granting motion to dismiss writ of habeas corpus, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 3-13-08

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE